Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) NO. CR06-5609 RBL<br>) |
| vs. | ) ORDER CONTINUING<br>) THE PRE-TRIAL MOTION |
| JAMES MASON, | ) CUTOFF DATE<br>)<br>) |
| Defendants. | ) |

Before this court is a joint motion for a motion for continuance of the due date of the pre-trial motions cut-off which are presently scheduled for February 9, 2007. Defendant, James Mason, requires additional time to prepare his motions, to review discovery, to receive any additional discovery and to prepare for trial.

Assistant United States Attorney, Norman Barbosa, has no objection to a continuance and joins in the motion.

Defendant James Mason is not in custody.

The court finds the defendant's motion for continuing the pre-trial motion cutoff date should be granted.

The motion cut-off date scheduled for February 9, 2007 is VACATED. Motion cut-off shall be RESCHEDULED TO February 26, 2007

IT IS SO ORDERED this 13th day of February, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

AGREED ORDER CONTINUING DUE DATE
FOR PRE-TRIAL MOTIONS CUTOFF,
PRE-TRIAL CONFERENCE & TRIAL DATE - 1

LAW OFFICES OF
**MICHAEL SCHWARTZ, INC.**
524 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 272-7161

Presented by:

LAW OFFICES OF MICHAEL E. SCHWARTZ, INC.
Attorney for James Mason


By:  _____/s/_____
    Michael Schwartz, WSBA #21824


_____
Approved by:

UNITED STATES ATTORNEY'S OFFICE


By:   Approved by Telephone
    Norman Barbosa
    Assistant United States Attorney

---

AGREED ORDER CONTINUING DUE DATE
FOR PRE-TRIAL MOTIONS CUTOFF,
PRE-TRIAL CONFERENCE & TRIAL DATE - 2

LAW OFFICES OF
**MICHAEL SCHWARTZ, INC.**
524 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 272-7161

**CERTIFICATE OF SERVICE**

Patti Wood hereby certifies under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff, and hereby certify that I have mailed the document by U.S. Postal Service to James Mason, defendant.

Signed at Tacoma, Washington February 13, 2007.

_____/s/_____
Patti Wood

AGREED ORDER CONTINUING DUE DATE
FOR PRE-TRIAL MOTIONS CUTOFF,
PRE-TRIAL CONFERENCE & TRIAL DATE - 3

LAW OFFICES OF
**MICHAEL SCHWARTZ, INC.**
524 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 272-7161